# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | § § | |
| UMA & EMMA INC | § § | Case No. 820-70756 LAS |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN B. MENDELSOHN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants: 389,663.47

Claims Discharged
Without Payment: NA

Total Expenses of Administration: 162,189.53

---

3) Total gross receipts of $ 551,853.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 551,853.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 395,057.17 | $ 395,057.17 | $ 389,663.47 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 162,965.97 | 162,965.97 | 162,189.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | NA | NA | NA |
| **TOTAL DISBURSEMENTS** | $ NA | $ 558,023.14 | $ 558,023.14 | $ 551,853.00 |

4) This case was originally filed under chapter 7 on 02/03/2020. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/16/2021      By:/s/ALLAN B. MENDELSOHN
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY - 350 Pennsylvania Avenue | 1110-000 | 551,853.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 551,853.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABAD, CARL V. | 4120-000 | NA | 15,025.34 | 15,025.34 | 14,427.42 |
| | BRONSTER, LLP, AS ATTORNEYS | 4120-000 | NA | 91,751.11 | 91,751.11 | 91,751.11 |
| | DISCOVER BANK | 4120-000 | NA | 3,985.50 | 3,985.50 | 3,826.90 |
| | GONZALEZ, WALTER E. | 4120-000 | NA | 6,672.85 | 6,672.85 | 6,407.31 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INCORPORATED VILLAGE OF LYNBROOK | 4120-000 | NA | 277.73 | 277.73 | 266.68 |
| | LUXURY CARS OF BAYSIDE, INC. | 4120-000 | NA | 8,474.17 | 8,474.17 | 8,136.95 |
| | TEMAH, INC. | 4120-000 | NA | 98,923.78 | 98,923.78 | 94,987.23 |
| | VILLAGE OF FREEPORT | 4700-000 | NA | 167,764.87 | 167,764.87 | 167,764.87 |
| 000001 | NYS DEPT OF TAXATION | 4800-000 | NA | 2,181.82 | 2,181.82 | 2,095.00 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 395,057.17 | $ 395,057.17 | $ 389,663.47 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ALLAN B. MENDELSOHN | 2100-000 | NA | 30,201.45 | 30,201.45 | 30,201.45 |
| TRUSTEE EXPENSES:ALLAN B. MENDELSOHN | 2200-000 | NA | 36.87 | 36.87 | 36.87 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 87.75 | 87.75 | 87.75 |
| Axos Bank | 2600-000 | NA | 440.45 | 440.45 | 440.45 |
| CLERK OF THE COURT | 2700-000 | NA | 350.00 | 350.00 | 342.72 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NASSAU COUNTY TREASURER | 2820-000 | NA | 93,400.77 | 93,400.77 | 93,400.77 |
| NYS CORPORATION TAX | 2820-000 | NA | 751.00 | 751.00 | 751.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):ROSEN & KANTROW, PLLC | 3210-000 | NA | 13,643.00 | 13,643.00 | 13,359.37 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):THE KANTROW LAW GROUP, PLLC | 3210-000 | NA | 3,000.00 | 3,000.00 | 2,937.63 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):ROSEN & KANTROW, PLLC | 3220-000 | NA | 1,104.41 | 1,104.41 | 1,081.45 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):GARY R. LAMPERT, CPA | 3410-000 | NA | 700.00 | 700.00 | 700.00 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE FEES:MALTZ AUCTIONS | 3610-000 | NA | 17,220.00 | 17,220.00 | 16,862.01 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE EXPENSES:MALTZ AUCTIONS | 3620-000 | NA | 2,030.27 | 2,030.27 | 1,988.06 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 162,965.97 | $ 162,965.97 | $ 162,189.53 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 820-70756 LAS | Judge: LOUIS A. SCARCELLA | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|---|
| Case Name: | UMA & EMMA INC | | Date Filed (f) or Converted (c): | 02/03/20 (f) |
| | | | 341(a) Meeting Date: | 03/10/20 |
| For Period Ending: | 08/16/21 | | Claims Bar Date: | 06/04/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY - 350 Pennsylvania Avenue  350 Pennsylvania Avenue, Freeport, NY 11520. permitted to be sold by Trustee pursuant to March 10, 2020 Stipulation approved by order dated April 29, 2020. Premises sold at auction to MARKRO, INC. for $613,000.00 - with court approval pursuant to order dated July 15, 2020.. Upon failure of the purchaser to close, the premises was re-auctioned and sold to El Balcon with a successful bid of $486,000.00 pursuant to court ordert dated October 13, 2020 | 0.00 | 547,300.00 | | 551,853.00 | FA |
| TOTALS (Excluding Unknown Values) | $0.00 | $547,300.00 | | $551,853.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigated for equity/liens in real property located at 350 Pennsylvania Avenue, Freeport, NY and for meritorious grounds to pursue prosecution of preference/fraudulent conveyance actions. Real property was sold at auction for $613,000.00 with court approval pursuant to order dated July 15, 2020. Upon failure of the purchaser to close, the premises was re-auctioned and sold to El Balcon with a successful bid of $486,000.00 pursuant to court ordert dated October 13, 2020

Initial Projected Date of Final Report (TFR): 12/31/21    Current Projected Date of Final Report (TFR): 12/31/21

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 820-70756 -LAS | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|
| Case Name: | UMA & EMMA INC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0599  Checking Account |
| Taxpayer ID No: | 45-5248925 | | |
| For Period Ending: | 08/16/21 | Blanket Bond (per case limit): | $ 42,742,595.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/23/20 | 1 | CHASE<br>Cashier's Check<br>for 2135 CRTD INC | PURCHASE DEPOSIT<br>Purchase Deposit towards auction sale purchase bid of $613,000.00 - subject to court approval | 1110-000 | 25,000.00 | | 25,000.00 |
| 06/24/20 | 1 | CHASE<br>Cashier's Check<br>for Mark Milch | PURCHASE DEPOSIT<br>Balance of Purchase Deposit towards auction sale purchase bid of $613,000.00 - subject to court approval | 1110-000 | 36,300.00 | | 61,300.00 |
| 09/04/20 | 1 | TD Bank<br>Official Check for<br>El Balcon Properties Corp. | PURCHASE DEPOSIT<br>Purchase Deposit towards successful rescheduled auction sale purchase bid of $486,000.00 - subject to court approval | 1110-000 | 40,000.00 | | 101,300.00 |
| 09/04/20 | 1 | TD Bank<br>Official Check for<br>El Balcon Properties Corp. | PURCHASE DEPOSIT<br>Supplemental Purchase Deposit towards successful rescheduled auction sale purchase bid of $486,000.00 - subject to court approval | 1110-000 | 8,600.00 | | 109,900.00 |
| 10/30/20 | 1 | TD BANK<br>Official Check for<br>El Balcon Properties Corp. | PROCEEDS FROM SALE<br>Balance of purchase proceeds paid by bidder towards their successful rescheduled auction sale purchase bid of $486,000.00 - with court approval per order dated October 13, 2020 | 1110-000 | 441,953.00 | | 551,853.00 |
| 11/11/20 | 001001 | Nassau County Treasurer<br>School Tax Collector<br>Town of Hempstead<br>Attn: Receiver of Taxes<br>200 North Franklin Street<br>Hempstead, NY  11550 | TAX PAYMENT<br>Past Due School Tax<br>Premises:350 Pennsylvania Ave., Freeport, NY<br>Sec: 55  Block: 101  Lot: 71<br>Past Due School Tax<br>Premises:350 Pennsylvania Ave., Freeport, NY<br>Sec: 55  Block: 101  Lot: 71 | 2820-000 | | 10,022.13 | 541,830.87 |
| 11/11/20 | 001002 | Nassau County Treasurer<br>School Tax Collector | TAX PAYMENT<br>2020/2021 First Half School Tax | 2820-000 | | 3,970.04 | 537,860.83 |

Page Subtotals   551,853.00   13,992.17

Ver: 22.03d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 820-70756  -LAS | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|
| Case Name: | UMA & EMMA INC | Bank Name: | Axos Bank |
|  |  | Account Number / CD #: | *******0599  Checking Account |
| Taxpayer ID No: | 45-5248925 |  |  |
| For Period Ending: | 08/16/21 | Blanket Bond (per case limit): | $ 42,742,595.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | Town of Hempstead<br>1 West Street<br>Mineola, NY  11501 | Premises:350 Pennsylvania Ave., Freeport, NY<br>Sec: 55  Block: 101  Lot: 71<br>2020/2021 First Half School Tax<br>Premises:350 Pennsylvania Ave., Freeport, NY<br>Sec: 55  Block: 101  Lot: 71 |  |  |  |  |
| 11/11/20 | 001003 | Nassau County Treasurer<br>General Tax Collector<br>Town of Hempstead<br>Attn: Receiver of Taxes<br>200 North Franklin Street<br>Hempstead, NY  11550 | TAX PAYMENT<br>Premises:350 Pennsylvania Ave., Freeport, NY<br>Sec: 55  Block: 101  Lot: 71<br>Premises:350 Pennsylvania Ave., Freeport, NY<br>Sec: 55  Block: 101  Lot: 71 | 2820-000 |  | 1,166.85 | 536,693.98 |
| 11/11/20 | 001004 | Village of Freeport<br>46 North Ocean Avenue<br>Freeport, NY  11520 | LIEN PAYMENT<br>Premises:350 Pennsylvania Ave., Freeport, NY<br>Sec: 55  Block: 101  Lot: 71<br>Premises:350 Pennsylvania Ave., Freeport, NY<br>Sec: 55  Block: 101  Lot: 71 | 4700-000 |  | 167,764.87 | 368,929.11 |
| 11/11/20 | 001005 | Bronster, LLP, as attorneys<br>Bronster, LLP<br>156 West 56th Street, Suite 902<br>New York, NY  10019 | LIEN PAYMENT<br>File No. 308765.028<br>Premises:350 Pennsylvania Ave., Freeport, NY<br>Sec: 55  Block: 101  Lot: 71<br>File No. 308765.028<br>Premises:350 Pennsylvania Ave., Freeport, NY<br>Sec: 55  Block: 101  Lot: 71 | 4120-000 |  | 91,751.11 | 277,178.00 |
| 11/11/20 | 001006 | Nassau County Treasurer<br>Town of Hempstead<br>Attn: Receiver of Taxes<br>200 North Franklin Street<br>Hempstead, NY  11550 | TAX PAYMENT<br>Premises:350 Pennsylvania Ave., Freeport, NY<br>Sec: 55  Block: 101  Lot: 71<br>Premises:350 Pennsylvania Ave., Freeport, NY<br>Sec: 55  Block: 101  Lot: 71 | 2820-000 |  | 67,384.83 | 209,793.17 |
| 12/10/20 | 001007 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE | TRUSTEE BOND<br>2021 Chapter 7 Blanket Bond | 2300-000 |  | 87.75 | 209,705.42 |

Page Subtotals    0.00    328,155.41

Ver: 22.03d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 820-70756 -LAS | | Trustee Name: | ALLAN B. MENDELSOHN |
| --- | --- | --- | --- | --- |
| Case Name: | UMA & EMMA INC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0599  Checking Account |
| Taxpayer ID No: | 45-5248925 | | | |
| For Period Ending: | 08/16/21 | | Blanket Bond (per case limit): | $ 42,742,595.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 701 POYDRAS STREET - SUITE 420 NEW ORLEANS, LA 70139 | Eastern District of New York Bond # 016027942 | | | | |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 209.13 | 209,496.29 |
| 03/23/21 | 001008 | Nassau County Treasurer Town of Hempstead 1 West Street Mineola, NY 11501 | TAX PAYMENT Tax Lien Premises:350 Pennsylvania Ave., Freeport, NY Sec: 55  Block: 101  Lot: 71 Tax Lien Premises:350 Pennsylvania Ave., Freeport, NY Sec: 55  Block: 101  Lot: 71 | 2820-000 | | 10,856.92 | 198,639.37 |
| * 03/24/21 | 001009 | Nassau County Treasurer Town of Hempstead 1 West Street Mineola, NY 11501 | Filing Fee Lost Certificate Affidavit Filing Fee Tax Lien Certificate # 2015004814 Premises:350 Pennsylvania Ave., Freeport, NY Sec: 55  Block: 101  Lot: 71 Tax Lien Premises:350 Pennsylvania Ave., Freeport, NY Sec: 55  Block: 101  Lot: 71 | 2990-000 | | 75.00 | 198,564.37 |
| 03/31/21 | 001010 | Walter E. Gonzalez 344 California Ave. Uniondale, NY 11553-1829 | JUDGMENT LIEN PAYMENT Judgment - $4,244.67 Interest to 03/29/21 - $2,428.18 | 4120-000 | | 6,407.31 | 192,157.06 |
| 03/31/21 | 001011 | Temah, Inc. c/o Joseph A. Altman, Esq. 951 Bruckner Blvd. Bronx, NY 10459 | JUDGMENT LIEN PAYMENT Judgment - $66,900.00 Interest to 3/29/21 - $32,023.78 | 4120-000 | | 94,987.23 | 97,169.83 |
| 03/31/21 | 001012 | Incorporated Village of Lynbrook One Columbus Drive Lynbrook, NY 11563 | JUDGMENT LIEN PAYMENT Judgment - $210.00 Interest to 03/29/21 - $67.73 | 4120-000 | | 266.68 | 96,903.15 |
| 03/31/21 | 001013 | Carl V. Abad 9747 89th Street | JUDGMENT LIEN PAYMENT Judgment - $12,034.25 | 4120-000 | | 14,427.42 | 82,475.73 |

| | | | | Page Subtotals | 0.00 | 127,229.69 | |

Ver: 22.03d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 820-70756 -LAS | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|
| Case Name: | UMA & EMMA INC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0599  Checking Account |
| Taxpayer ID No: | 45-5248925 | | |
| For Period Ending: | 08/16/21 | Blanket Bond (per case limit): | $ 42,742,595.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/21 | 001014 | Ozone Park, NY  11416<br>Luxury Cars of Bayside, Inc.<br>266 East Shore Road<br>Great Neck, NY  11023-2404 | Interest to 03/29/21 - $2,991.09<br>JUDGMENT LIEN PAYMENT<br>Judgment - $6,810.10<br>Interest to 03/29/21 - $1,664.07 | 4120-000 | | 8,136.95 | 74,338.78 |
| 03/31/21 | 001015 | Discover Bank<br>6500 New Albany Rd. E.<br>New Albany, OH  43054 | JUDGMENT LIEN PAYMENT<br>Judgment - $3,499.72<br>Interest to 03/29/21 - $485.78 | 4120-000 | | 3,826.90 | 70,511.88 |
| 03/31/21 | 001016 | NYS Dept. of Taxation & Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | Claim 000001, Payment 96.02%<br>B-TF-3041925-9<br>Judgment - $1,618.66<br>Interest to 03/29/21 - $563.16 | 4800-000 | | 2,095.00 | 68,416.88 |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 231.32 | 68,185.56 |
| 04/12/21 | 001017 | NEW YORK STATE CORPORATION TAX<br>PROCESSING UNIT<br>P.O. BOX 15181<br>ALBANY, NY  12212-5181 | TAX PAYMENT<br>EIN: 45-5248925<br>2020 CT-3 | 2820-000 | | 555.00 | 67,630.56 |
| 04/12/21 | 001018 | NEW YORK STATE CORPORATION TAX<br>PROCESSING UNIT<br>P.O. BOX 15181<br>ALBANY, NY  12212-5181 | TAX PAYMENT<br>EIN: 45-5248925<br>2020 CT-3M | 2820-000 | | 164.00 | 67,466.56 |
| 04/12/21 | 001019 | NEW YORK STATE CORPORATION TAX<br>PROCESSING UNIT<br>P.O. BOX 15181<br>ALBANY, NY  12212-5181 | TAX PAYMENT<br>EIN: 45-5248925<br>2021 CT-3 | 2820-000 | | 25.00 | 67,441.56 |
| 04/12/21 | 001020 | NEW YORK STATE CORPORATION TAX<br>PROCESSING UNIT<br>P.O. BOX 15181<br>ALBANY, NY  12212-5181 | TAX PAYMENT<br>EIN: 45-5248925<br>2021 CT-3M | 2820-000 | | 7.00 | 67,434.56 |
| 04/12/21 | 001021 | GARY R. LAMPERT, CPA<br>100 MERRICK ROAD, SUITE 211-W | ACCOUNTANT FEES<br>pursuant to April 5, 2021 order and April 9, 2021 | 3410-000 | | 700.00 | 66,734.56 |

Page Subtotals          0.00          15,741.17

Ver: 22.03d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 820-70756 -LAS | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|
| Case Name: | UMA & EMMA INC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0599  Checking Account |
| Taxpayer ID No: | 45-5248925 | | |
| For Period Ending: | 08/16/21 | Blanket Bond (per case limit): | $ 42,742,595.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 04/13/21 | 001009 | ROCKVILLE CENTRE, NY  11570<br>Nassau County Treasurer<br>Town of Hempstead<br>1 West Street<br>Mineola, NY  11501 | invoice for preparation of estate tax returns.<br>Filing Fee<br>Check to Nassau County in payment of Lost Certificate Fee was returned uncashed because the certificate was located and the fee was rendered unnecessary. | 2990-000 | | -75.00 | 66,809.56 |
| 08/02/21 | 001022 | CLERK OF THE COURT<br>U.S. BANKRUPTCY COURT<br>ALFONSE M. D'AMATO U.S. COURTHOUSE<br>290 FEDERAL PLAZA<br>P.O. BOX 9013<br>CENTRAL ISLIP, NY 11722-9013 | SPECIAL CHARGES<br>Adversary Proceeding Fees: $350.00 | 2700-000 | | 342.72 | 66,466.84 |
| 08/02/21 | 001023 | ROSEN & KANTROW, PLLC<br>38 New Street<br>Huntington, NY  11743 | ATTORNEY FEES<br>pursuant to order dated August 2, 2021 | 3210-000 | | 13,359.37 | 53,107.47 |
| 08/02/21 | 001024 | ROSEN & KANTROW, PLLC<br>38 New Street<br>Huntington, NY  11743 | ATTORNEY EXPENSES<br>pursuant to order dated August 2, 2021 | 3220-000 | | 1,081.45 | 52,026.02 |
| 08/02/21 | 001025 | MALTZ AUCTIONS, INC.<br>39 Windsor Place<br>Central Islip, NY  11722 | AUCTIONEER COMMISSION<br>pursuant to order dated August 2, 2021 | 3610-000 | | 16,862.01 | 35,164.01 |
| 08/02/21 | 001026 | MALTZ AUCTIONS, INC.<br>39 Windsor Place<br>Central Islip, NY  11722 | AUCTIONEER EXPENSES<br>pursuant to order dated August 2, 2021 | 3620-000 | | 1,988.06 | 33,175.95 |
| 08/02/21 | 001027 | THE KANTROW LAW GROUP, PLLC<br>6901 Jericho Turnpike, Suite 230<br>Syosset, NY  11791 | ATTORNEY FEES<br>pursuant to order dated August 2, 2021 | 3210-000 | | 2,937.63 | 30,238.32 |
| 08/02/21 | 001028 | ALLAN B. MENDELSOHN<br>38 NEW STREET<br>HUNTINGTON, NY  11743 | Chapter 7 Compensation/Fees | 2100-000 | | 30,201.45 | 36.87 |

Page Subtotals                                    0.00                66,697.69

Ver: 22.03d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 820-70756 -LAS | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|
| Case Name: | UMA & EMMA INC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0599  Checking Account |
| Taxpayer ID No: | 45-5248925 | | |
| For Period Ending: | 08/16/21 | Blanket Bond (per case limit): | $ 42,742,595.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/02/21 | 001029 | ALLAN B. MENDELSOHN<br>38 NEW STREET<br>HUNTINGTON, NY  11743 | Chapter 7 Expenses | 2200-000 | | 36.87 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 551,853.00 | 551,853.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 551,853.00 | 551,853.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 551,853.00 | 551,853.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0599 | 551,853.00 | 551,853.00 | 0.00 |
| | 551,853.00 | 551,853.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        36.87

Ver: 22.03d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*